RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Marquis Queon Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00260-JAD-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| MARQUIS QUEON DAVIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Marquis Queon Davis, that the sentencing scheduled for February 13, 2023, be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to research information presented in the Pre-sentence Investigation Report, make any necessary objections, and prepare possible mitigation information, prior to proceeding with the sentencing hearing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 23rd day of January, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Navid Afshar*<br>By_____<br>NAVID AFSHAR<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUIS QUEON DAVIS,<br><br>　　　　Defendant. | Case No. 2:21-cr-00260-JAD-DJA-1<br><br>ORDER<br><br><br>ECF No. 41 |

　　The parties being in agreement and the ends of justice being best served by the granting of the requested continuance:

　　IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Monday, February 13, 2023 at 11:00 a.m., be vacated and continued to April 10, 2023, at 11:00 a.m.

　　DATED this 23rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE