# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS QUEON DAVIS,<br><br>Defendant. | Case No. 2:21-cr-00260-JAD-DJA-1<br><br>ORDER<br><br>ECF No. 45 |

The parties being in agreement and the ends of justice being best served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Monday, April 10, 2023 at 11:00 a.m., be vacated and continued to May 15, 2023, at 10:00 a.m.

DATED this 6th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE