UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00260-JAD-DJA-1 |
| Plaintiff, | ORDER |
| v. | |
| MARQUIS QUEON DAVIS, | ECF No. 47 |
| Defendant. | |

The parties being in agreement and the ends of justice being best served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for May 15, 2023, 2023 at 10:00 a.m., be vacated and continued to June 5, 2023, at 2:00 p.m.

DATED this 10th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE