# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARQUIS QUEON DAVIS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00260-JAD-DJA-1<br><br>ORDER<br><br>ECF No. 49 |

The parties being in agreement and the ends of justice being best served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Sentencing Memorandum currently due on May 26, 2023, be extended to May 30, 2023.

DATED this 1st day of June, 2023.
Nunc Pro Tunc: May 26, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE